IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-00946-DDD-SBP | Date: March 5, 2025 |
| Courtroom Deputy:   Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| BENJAMIN NAGEL, | Mark Potashnick |
|         Plaintiff, | |
| v. | |
| DFL PIZZA, LLC, JAY FEAVEL, CHARLES S. DOLAN, JOHN DOE CORP. 1-10, and JOHN DOE 1-10, | Kathleen McLeod Caminiti |
|         Defendants. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**11:34 a.m.**     **Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the parties' ongoing efforts towards settlement, and the resulting request to stay discovery (ECF No. 199), which is not referred to Magistrate Judge Prose at this time.

For the reasons stated on the record, it is

**ORDERED:**   The motions pending before Magistrate Judge Prose (ECF Nos. 173, 174, 177, and 192) are **DENIED** without prejudice.

**11:47 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time: 13 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.