IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00946-DDD-SBP

BENJAMIN NAGEL, on behalf of himself and those similarly situated,

     Plaintiff,

v.

DFL PIZZA, LLC;
JAY FEAVAL;
CHARLES DOLAN;
JOHN DOE CORP. 1-10; and
JOHN DOE 1-10,

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Confirming Arbitration Award, filed June 3, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiff, Benjamin Nagel, on behalf of himself and those similarly situated, and against Defendants, DFL Pizza, LLC; Jay Feaval; Charles Dolan; John Doe Corp. 1-10; and John Doe 1-10, as set forth in the Final Arbitration Award Granting Approval of the Collective Action Agreement.

1

DATED at Denver, Colorado this 3rd day of June, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk